# UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8686
Fax: 919-861-5555

DATE: May 15, 2017

FROM: Timothy L. Gupton
U.S. Probation Officer

SUBJECT: ARIZPE, MANUEL
Case No.: 5:15-CR-7-2BO
**Request for Early Termination**

TO: Terrence W. Boyle
U.S. District Judge

On September 29, 2015, pursuant to a guilty plea to Conspiracy to Distribute and Possession With Intent to Distribute 500 Grams or More of Cocaine, Manuel Arizpe appeared before Senior U.S. District Judge James C. Fox in United States District Court for the Eastern District of North Carolina, and was sentenced to Time Served, to be followed by a 5-year term of supervised release. The defendant was released from custody on September 29, 2015, and began supervision in the Eastern District of North Carolina.

While on supervision, Arizpe has reported as directed, has remained employed, and has paid the special assessment. Record checks have been negative, and the defendant has not tested positive for any non-prescribed medications. On May 26, 2016, due to his compliance with supervision, the defendant was transferred to the Low Intensity Program. His term of supervision is scheduled to expire on September 28, 2020.

In view of the defendant's compliance with the conditions of supervision, the ends of justice would best be served to terminate supervision. Therefore, it is recommended that supervision be terminated. I have enclosed an Order Terminating Supervision for the court's use. Assistant U.S. Attorney Lawrence J. Cameron has been contacted, and he objects to the early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_     5-16-17
Terrence W. Boyle     Date
U.S. District Judge

PROB 35
(Reg 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 5:15-CR-7-2BO

MANUEL ARIZPE

On September 29, 2015, the above named was released from prison, and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/ Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: May 15, 2017

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _16_ day of _May_, 2017.

Terrence W. Boyle
U.S. District Judge